

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACQUES MORIAL | CIVIL ACTION |
| VERSUS | NO: 05-0393-MVL-SS |
| TIM MOORE, ET AL | |

### ORDER

VOYLES' MOTION FOR MORE DEFINITE STATEMENT (Rec. doc. 17)

**GRANTED**

Before the undersigned is the motion of the defendant, Richard Voyles ("Voyles"), for a more definite statement. Voyles requests that the plaintiff, Jacques Morial, be required to file a Fed. R. Civ. P. 7(a) "Schultea reply" tailored to the defense of qualified immunity. Schultea v. Wood, 47 F.3d 1427, 1433-34 (5th Cir. 1995). Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the motion for leave to amend set for submission on December 14, 2005 was timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing that the motion has merit,

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____
```

IT IS ORDERED that Voyles' motion for a more definite statement (Rec. doc. 17) is GRANTED. Jacques Morial shall file a Rule 7(a) "<u>Schultea</u> reply" by Friday, January 6, 2006.

New Orleans, Louisiana, this 13 day of Dec., 2005.

>                       _____
>                              SALLY SHUSHAN
>                        United States Magistrate Judge

Q:\1983\2005\05-0393 Morial.wpd