UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACQUES MORIAL                                    CIVIL ACTION

VERSUS                                            NO: 05-0393-MVL-SS

TIM MOORE, ET AL

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff's complaint be dismissed without prejudice for failure to prosecute and to comply with the Magistrate Judge's order that plaintiff file a Fed. R. Civ. P. 7(a) "Schultea reply" tailored to the defense of qualified immunity.

New Orleans, Louisiana, this 28 day of April, 2006.

UNITED STATES DISTRICT JUDGE